### STATE v. MARGARET GRIEVAS.

(Filed 14 May, 1930.)

CRIMINAL ACTION, before *Lyon, J.,* at December Term, 1929, of LENOIR.

*Attorney-General Brummitt and Assistant Attorney-General Nash for the State.*
*O. H. Allen for defendant.*

PER CURIAM. The defendant was charged with a violation of the prohibition law. There was sufficient evidence to be submitted to the jury. An examination of the record and brief discloses
No error.